## UNITED STATES *v.* JACOBS, aka "MRS. KRAMER"

No. 76–1193. Argued December 7, 1977—Reargued March 20, 1978—Decided May 1, 1978

*Deputy Solicitor General Frey* reargued the cause for the United States. On the brief were *Solicitor General McCree, Assistant Attorney General Civiletti, William F. Sheehan III,* and *Jerome M. Feit.*

*Irving P. Seidman* reargued the cause and filed a brief for respondent.

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.